Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



**Registration Number**

**VA 2-455-354**

**Effective Date of Registration:**
June 24, 2025
**Registration Decision Date:**
July 31, 2025

## Title _____

**Title of Work:** 1970s Floral

## Completion/Publication _____

**Year of Completion:** 2017
**Date of 1st Publication:** September 17, 2018
**Nation of 1st Publication:** United Kingdom

## Author _____

- **Author:** Rachael Taylor
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant _____

**Copyright Claimant:** Rachael Taylor
22 Manor Way, Woolton Village, Liverpool, L25 8QZ, United Kingdom

## Rights and Permissions _____

**Name:** Rachael Taylor
**Email:** rachael@rachaeltaylordesigns.co.uk
**Address:** 22 Manor Way, Woolton Village
Liverpool L25 8QZ United Kingdom

## Certification _____

**Name:** David Denholm
**Date:** June 24, 2025
**Applicant's Tracking Number:** RT2025062501

