**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Rachael Taylor

Plaintiff,

v.

Case No.: 1:25−cv−14634
Honorable Rebecca R. Pallmeyer

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 9, 2026:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: On the court's own motion, a telephone status hearing is set for 12/18/2026 at 9:00 a.m. The parties are to appear at the telephone hearing by accessing the following link: https://us−courts.webex.com/meet/pallmeyer_courtro om. Please do not turn on the video. To join by telephone, please dial 1−650−479−3207 (1−855−244−8681 toll free) and enter access code 2313 755 6066##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.